Appeal dismissed, without costs, upon stipulation filed.

———

GILMARTIN, Appellant, v. GEORGE A. FULLER CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 11, 1911.) Action by Patrick Gilmartin against the George A. Fuller Company and the Alfred E. Norton Company. No opinion. Motion denied, with $10 costs.

———

GILMORE & TOMPKINS, Inc., Respondent, v. PIVA, Appellant. (Supreme Court, Appellate Division, First Department. November 17, 1911.) Action by Gilmore & Tompkins, Incorporated, against Celestino Piva. C. A. Houston, for appellant. D. Gerber, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

———

GLAZER, ROHRER & CO. v. APPLEBAUM. WOLLMAN v. CASPER. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Actions by the Glazer, Rohrer & Co. against Jacob J. Applebaum, and by Isaac Wollman against Arthur Casper. No opinion. Applications denied, with $10 costs. Orders signed. See, also, 130 N. Y. Supp. 145.

———

GOLDBERG, Respondent, v. JAMES S. WEMYSS CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Meyer Goldberg against the James S. Wemyss Company. No opinion. Motion denied, without costs, and case placed at the foot of the present calendar, to be argued when reached; otherwise, motion granted, with $10 costs.

———

GOLDING v. KUTTROFF. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by John Golding against Arthur Kuttroff. No opinion. Motion denied, with $10 costs. Order filed.

———

GOLDING, Appellant, v. KUTTROFF, Respondent. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by John Golding against Arthur Kuttroff. F. W. Murphy, for appellant. M. H. Cardozo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

———

GOLDSTEIN, Respondent, v. LEWIN, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Morris Goldstein against Isaac P. Lewin. No opinion. Judgment of the Municipal Court affirmed, with costs.

———

GOLDSTEIN, Appellant, v. LOEW, Respondent. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Jennie Goldstein against E. Victor Loew,

Jr., as administrator, etc. L. H. Levin, for appellant. J. V. Irwin, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 137 App. Div. 949, 122 N. Y. Supp. 1129; 123 N. Y. Supp. 1117.

———

GOMPERT, Respondent, v. HEALY, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by William H. Gompert against Patrick J. Healy. No opinion. Motion denied, on condition that the appellant pay $10 costs within 10 days, perfect his appeal, place the case upon the calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

———

GORLITZER v. WOLFBERG. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Mary Gorlitzer against Betty Wolfberg, as administratrix, etc. No opinion. Motion denied, without costs. Order filed. See, also, 129 N. Y. Supp. 1124.

———

In re GOTTHEIM. (Supreme Court, Appellate Division, First Department. October 13, 1911.) In the matter of I. Morton Gottheim, an attorney. No opinion. Referred to official referee to take proof and report. Settle order on notice.

———

GOTTHELF et al., Respondents, v. SHAPIRO et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) Action by Herman Gotthelf and another against Max J. Shapiro and another. No opinion. Judgment affirmed, with costs. See, also, 136 App. Div. 1, 120 N. Y. Supp. 210.

———

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo for the appointment of commissioners to ascertain the compensation to the owners of and parties interested in lands claimed to be injured by the change of grade of Kensington avenue, and claimed to be owned by Peter Hettrich and others. Proceeding. No. 83. No opinion. Order affirmed, with separate bills of costs to the respondents Hewett Rubber Company, German Rock Asphalt Company, and Providence Retreat.

———

GRAHAM–ROGERS, Respondent, v. GRAHAM–ROGERS, Appellant. (Supreme Court, Appellate Division, First Department, October 13, 1911.) Action by Mary C. Graham-Rogers against Charles F. Graham-Rogers. R. S. Kristeller, for appellant. M. Greenberg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

———

GRANT et al. v. GREENE et al. (Supreme Court, Appellate Division, First Department.